JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JACOBO CHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY, et al.,<br><br>    Defendants. | Case No. SA CV 23-00178-CAS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: July 24, 2023

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE